FILED: April 3, 2013

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 12-1969
(5:11-cv-00501-FL; 09-11148-8-JRL; 10-00280-8-JRL)

AUBREY LYMAN MEADE, JR.,

       Plaintiff - Appellee,

  v.

BANK OF AMERICA, SUCCESSOR-IN-INTEREST TO GREENPOINT MORTGAGE FUNDING, INC.,

       Defendant - Appellant.

O R D E R

Upon review of submissions relative to the Appellee's motion to dismiss, the Court grants the motion to dismiss the appeal.

Entered at the direction of the panel: Judge King, Judge Davis, and Judge Keenan.

For the Court

/s/ Patricia S. Connor, Clerk